**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NEXTHOME, INC.,**

    **Plaintiff,**

v.                                                         CASE NO.  8:19-cv-00849-SCB-JSS

**TIMOTHY EDMOND HALL d/b/a**
**REALTY CARDS, and**
**TATYANA HALL d/b/a REALTY**
**CARDS, and DIGITAL CREATIVE,**
**LLC,**

    **Defendants.**
_____/

**PLAINTIFF'S MOTION TO PERMIT COUNSEL AND PRO SE PARTIES TO MEET TELEPHONICALLY FOR PREPARATION OF CASE MANAGEMENT REPORT**

Pursuant to Local Rule 3.01 (a), Plaintiff, NextHome, Inc. ("NextHome"), respectfully moves the Court on the following grounds for an order permitting the parties' counsel, and pro se defendants, to meet telephonically for purposes of preparing the parties' Case Management Report in this action:

1. The parties' Case Management Conference must be conducted no later than June 17, 2019.

2. Undersigned counsel has reviewed this Court's Notice of Designation Under Local Rule 3.05 and Order Requiring Electronic Filing (DE #5), and is aware of the requirements of Local Rule 3.05(c)(2)(B), and the Court's requirement that the meeting for preparation of the Case Management Report be in person absent an Order permitting otherwise.

3. This action involves claims for trademark infringement and unfair competition.

4. The parties have communicated previously and NextHome believes that a telephonic conference would be as effective as a conference in person.

5. In addition, NextHome's lead counsel is located in Indianapolis, Indiana, and NextHome would incur significant expenses bringing counsel to Tampa for the conference.

6. In accordance with Local Rule 3.01 (g), undersigned counsel attempted to confer with Defendants prior to filing the instant motion, but Defendants did not respond. See Certificate of Good Faith Conference, infra.

WHEREFORE, Plaintiff, NextHome, Inc. respectfully requests that this Court grant this Motion, enter an Order permitting the Case Management Conference to be conducted telephonically, and grant such other and further relief as this Court deems just and appropriate.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Undersigned counsel hereby certifies that he last conferred with Timothy Hall, a Defendant in this case appearing *pro se*, regarding the substance of the instant motion via email on June 5, 2019.  Mr. Hall has not subsequently consented to the motion or declined to consent.  NextHome determined to file this motion with neither the consent nor objection of Defendants in light of the short time before which the report is due to be filed.

Respectfully submitted,

s/ Dwight D. Lueck
Dwight D. Lueck, Esq.
Lead Counsel
*(Admitted Pro Hac Vice)*
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN  46204-3535
Phone:  317-231-7713
Fax:  317-231-7433
Dwight.Lueck@btlaw.com

and

Kathleen M. Wade
Local Counsel
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsímile)
kwade@feejeffries.com

*Attorneys for Plaintiff,*
*NextHome, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 7, 2019, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy has been provided via U.S. Mail to Defendants, Timothy Edmond Hall d/b/a Realty Cards and Tatyana Hall d/b/a Realty Cards, 125 Forest Hills Drive, St. Petersburg, Florida 33708.

*s/ Dwight D. Lueck*